RADIOCOIN COMPANY, INC., Appellant, *v.* LURIA STEEL & TRADING CORPORATION, Respondent.

Argued March 6, 1945; decided April 12, 1945.

*Elliot F. Glassberg* for appellant.

*John J. Cunneen* and *S. F. Peavey, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.